# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 17, 2025

## NO. 03-24-00724-CV

**Demetrius T. Crockett, Appellant**

**v.**

**Amazon Logistics, Inc., Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the order signed by the trial court on July 18, 2024. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.